SEPEHR DAGHIGHIAN, State Bar No. 239349
MARC G. MARTINO, State Bar No. 248565
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:   (310) 887-1333
Facsimile:   (310) 887-1334
E-mail:       sepehr@daghighian.com
                 marc@martinopatentlaw.com

Attorney for Plaintiff:
**RANDAL D. WALTON**

CHARLES S. BARQUIST, State Bar No. 133785
**MORRISON & FOERSTER LLP**
555 West Fifth Street, Suite 3500
Los Angeles, California  90013
Telephone:  (213) 892-5200
Facsimile:   (213) 892-5454
E-mail:       cbarquist@mofo.com

Attorneys for Defendant
**VALUE LIGHTING, INC.**

IT IS SO ORDERED

Judge Edward J. Davila

6/20/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RANDAL D. WALTON, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>LUMIVERSAL, A California Corporation; MT2Y, LLC, A California Limited Liability Company; MT2Y, EAST, A Business Entity, Form Unknown; ROSWELL RECONSTRUCTION CORPORATION, a Georgia Corporation; THE GREEN SAVINGS COMPANY, LLC, A Florida Limited Liability Company; GREEN'ASICS LLC, a Georgia Limited Liability Company; ALWAYS EARTH FRIENDLY, LLC, A Georgia Limited Liability Company; SOLAR ENERGY USA, INC., A Georgia Corporation; and VALUE LIGHTING, INC., a Georgia Corporation,<br><br>                    Defendants | Case No.: <u>CV 12-02005 EJD</u><br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT VALUE LIGHTING, INC. TO RESPOND TO THE COMPLAINT**<br><br>Judge:  Hon. Edward J. Davila<br><br>Complaint Filed:  April 25, 2012 |

**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

IT IS HEREBY STIPULATED by and between the parties, Plaintiff RANDAL D. WALTON, and Defendant VALUE LIGHTING, INC., that, a thirty day extension, until July 16, 2012, to respond to the complaint be allowed.

It is believed that the stipulated enlargement of time is in the best interests of the parties and the Court.  This time will allow VALUE LIGHTING, INC. time to retain counsel and the parties to discuss settlement.

IT IS SO STIPULATED.

Dated: June 19, 2012

Respectfully submitted,
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**


/s/Sepehr Daghighian
SEPEHR DAGHIGHIAN, ESQ.
Attorney for Plaintiff: Randal D. Walton


**MORRISON & FOERSTER LLP**


/s/Charles S. Barquist
CHARLES S. BARQUIST, ESQ.
Attorneys for Defendant: Value Lighting, Inc.

1

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**12-CV-02005 EJD**

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

## ATTESTATION OF E-FILED SIGNATURE

I, Charles S. Barquist, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Sepehr Daghighian has concurred in this filing.

Dated:  June 19, 2012                              */s/* Charles S. Barquist
                                                   Charles S. Barquist

2

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**12-CV-02005 EJD**