SEPEHR DAGHIGHIAN, State Bar No. 239349
MARC G. MARTINO, State Bar No. 248565
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:   (310) 887-1333
Facsimile:    (310) 887-1334
E-mail:         sepehr@daghighian.com
                    marc@martinopatentlaw.com

Attorney for Plaintiff:
**RANDAL D. WALTON**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL D. WALTON, an individual, | Case No.: <u>CV 12-02005 EJD</u> |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | Judge: Hon. Edward J. Davila |
| LUMIVERSAL, A California Corporation; MT2Y, LLC, A California Limited Liability Company; MT2Y, EAST, A Business Entity, Form Unknown; ROSWELL RECONSTRUCTION CORPORATION, a Georgia Corporation; THE GREEN SAVINGS COMPANY, LLC, A Florida Limited Liability Company; GREEN'ASICS LLC, a Georgia Limited Liability Company; ALWAYS EARTH FRIENDLY, LLC, A Georgia Limited Liability Company; SOLAR ENERGY USA, INC., A Georgia Corporation; and VALUE LIGHTING, INC., a Georgia Corporation, | Complaint Filed:  April 25, 2012 |
| Defendants | |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff RANDAL D. WALTON, and Defendants Roswell Reconstruction Corporation; The Green Savings Company, LLC; Green'Asics LLC; Solar Energy USA, Inc.; Value Lighting, Inc.; and Always Earth Friendly, LLC, through their respective counsel that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses its complaint against all Defendants without prejudice. Plaintiff hereafter shall not reinstate this action in any federal court outside the State of Georgia against Always Earth Friendly, LLC. As such, the parties consent to the dismissal of this matter and all causes of action, without prejudice.

IT IS SO STIPULATED.

Dated: <u>September 18, 2012</u>

Respectfully submitted,
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**

/s/Sepehr Daghighian
SEPEHR DAGHIGHIAN, ESQ.
Attorney for Plaintiff: Randal D. Walton

**MORRISON & FOERSTER LLP**

/s/Charles S. Barquist
CHARLES S. BARQUIST
Attorneys for Defendants Roswell Reconstruction Corporation; The Green Savings Company, LLC; Green'Asics LLC; Solar Energy USA, Inc.; and Value Lighting, Inc.

- 2 -

**STIPULATION OF DISMISSAL**

**JEFFREY LLOYD WEISS**

/s/Kenneth M. Motolenich-Salas (*pro hac vice*)
Kenneth M. Motolenich-Salas, Esq.
Attorney for Always Earth Friendly, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk shall close this file.

Dated: September 21, 2012

_____
The Honorable Edward J. Davila
United States District Judge